# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 20, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

155231

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

THADEUS JOSEPH MUNSON,
      Defendant-Appellant.

SC: 155231
COA: 334835
Kent CC: 03-007305-FC

_____/

      On order of the Court, the application for leave to appeal the December 21, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 20, 2018



Clerk

a0209